UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, YUMA DIVISION

UNITED STATES OF AMERICA
vs.
Mendez-Gomez, Luis Alejandro

CRIMINAL COMPLAINT
CASE: 11-65956M

## JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form

The Defendant, Mendez-Gomez, Luis Alejandro , was represented by counsel, Matthew Albert Johnson (FPD).

The defendant pled guilty to Ct(s) 2 of the complaint on 12/15/2011. Accordingly, Ct(s) 1 of the complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 12/14/2011 |

As pronounced on 12/15/2011, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Time Served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Thursday, December 15, 2011.

Honorable James Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: 176050MD6

| | |
|---|---|
| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
| DISTRICT OF ARIZONA - YUMA | |

Date: 12/15/2011  Case Number: 11-65956M

USA vs. **Luis Alejandro Mendez-Gomez**

U.S. MAGISTRATE JUDGE: JAMES METCALF     Judge AO Code: 70BV

ASSIGNED U.S. Attorney: Maria Rodriguez Gutierrez     INTERPRETER REQ'D: Marcia Resler

Attorney for Defendant: Matthew Albert Johnson (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE

DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**

[X] Petty Offense     [X] Date of Arrest: **12/14/2011**

[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.

[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.

[X] Time waived for passage of sentence.

[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.

[X] Pursuant to the oral plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.

[X] Defendant advised of right to appeal.

| | |
|---|---|
| OTHER: | Matthew Albert Johnson (FPD) is appointed as attorney of record for defendant. |

|  |  |
|---|---|
| Recorded by Courtsmart | COP: 2 |
| BY: Angela Tuohy | Sent: 0 |
| Deputy Clerk | IA: 0 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Mendez-Gomez, Luis Alejandro | CRIMINAL COMPLAINT<br>CASE: 11-65956M<br>Citizenship: MEXICO |
| YOB: 1981 | DOA: 12/14/2011 |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States. The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near Sasabe, Arizona on December 1, 2011. Charges: 8 USC 1326 (Felony) 8 USC 1325 (Misdemeanor)

That on or about July 20, 2011 , Defendant Luis Alejandro MENDEZ-Gomez was removed from the United States to Mexico through the port of Del Rio, Texas, Intl Bridge, in pursuance of law, and thereafter on or about December 14, 2011 , Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony). That on or about December 1, 2011, near Sasabe, Arizona in the District of Arizona, Defendant Luis Alejandro MENDEZ-Gomez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

| | |
|---|---|
| 12/15/2011<br>File Date | at Yuma, Arizona |

Signature of Complainant

Sworn to before me and subscribed in my presence,

Honorable James Metcalf
United States Magistrate Judge

Signature of Judicial Officer

FBI Number: 176050MD6